**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 315 EAL 2014
:
          Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
:
LEKIRR BROWN, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.